# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of February, two thousand twenty-three.

Before:     Alison J. Nathan,
                *Circuit Judge.*

_____

| | |
|---|---|
| Workers United,<br><br>    Petitioner,<br><br>v.<br><br>Linda M. Leslie, Starbucks Corporation,<br><br>    Respondents.<br>_____<br><br>In Re: Natiional Labor Relations Board,<br>    Petitioner.<br>*************************************************<br>National Labor Relations Board,<br><br>    Petitioner,<br><br>v.<br><br>Starbucks Corporation,<br><br>    Respondent.<br>_____ | **ORDER**<br><br>Docket No. 22-3229<br><br><br><br><br><br><br><br>Docket No. 23-120 |

    The National Labor Relations Board moves to consolidate the above-captioned petitions.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                 For the Court:

                                                 Catherine O'Hagan Wolfe,
                                                 Clerk of Court

